DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RANDI PERLMAN,**
Appellant,

v.

**SOUTH FLORIDA LAW, PLLC,**
Appellee.

No. 4D18-2925

[June 20, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; David A. Haimes, Judge; L.T. Case No. CACE 16-18047.

Mark Perlman, P.A., Hallandale Beach, for appellant.

Karen B. Parker, P.A., Coconut Grove, for appellee.

PER CURIAM.

*Affirmed.*

MAY and FORST, JJ., and SASSER, MEENU, Associate Judge, concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***